**BRYAN CAVE LLP**
Stacey L. Herter, California Bar No. 185366
stacey.herter@bryancave.com
Aaron M. McKown, California Bar No. 208781
aaron.mckown@bryancave.com
Paula L. Zecchini, California Bar No. 238731
paula.zecchini@bryancave.com
3161 Michelson Dr., Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100

**JS-6**

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. and
RECONTRUST COMPANY, N.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| LUZVIMINDA JACINTO,<br><br>Plaintiff,<br><br>vs.<br><br>THE MORTGAGE STORE FINANCIAL INC.; COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. EDCV08-1569 sGL (OPx)<br><br>**JUDGMENT OF DISMISSAL** |

///
///
///
///
///
///
///
///

IR01DOCS396381.1

[PROPOSED] JUDGMENT OF DISMISSAL

1  Pursuant to the Court's Order dated February 12, 2009, judgment of dismissal
2  is hereby entered in favor of Defendants Countrywide Home Loans, Inc. and
3  ReconTrust Company, N.A.  The Court finds that there are no remaining claims left
4  in the case, and that this cause is ripe for final adjudication.
5  Accordingly, Plaintiff's Complaint is hereby dismissed in its entirety WITH
6  PREJUDICE.  This is a final judgment.
7  IT IS SO ORDERED, ADJUDGED, AND DECREED.

9  Dated:  March 16, 2009

 *S.G. Larson*

Judge of the District Court